**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GREGORY R. BLOCH, et al.,

        Plaintiffs,

vs.                                      Case No. 3:12-cv-211-J-99TJC-JBT

REGIONS BANK AS SUCESSOR
BY MERGER WITH AMSOUTH
BANK, et al.,

        Defendants.

## ORDER

This case is before the Court on Plaintiffs' Amended Complaint (Doc. 6) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) as supplemented (Docs. 7 and 8), which the Court construes as a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the Motion to Proceed In Forma Pauperis be denied (Doc. 9). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 9), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 9) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. **No later than September 7, 2012,** the plaintiffs shall pay the filing fee to continue the prosecution of this case. **Plaintiffs' failure to pay the filing fee by the September 7, 2012 deadline will result in dismissal of this case without prejudice without further notice.** The Clerk shall close the file now subject to reopening if the plaintiffs pay the filing fee.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of July, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

pro se plaintiffs

2